UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENISE SUNDERLAND

v.                                                        CA 15-174 ML

CAROLYN COLVIN, Acting
Commissioner of the Social
Security Administration

<u>MEMORANDUM AND ORDER</u>

This matter is before the Court on the Report and Recommendation issued by Magistrate

Judge Almond on June 27, 2016.  No objection has been filed and the time for doing so has long

passed.

The Court has reviewed the Report and Recommendation and finds that the Magistrate

Judge's conclusions and recommended disposition are fully supported by the record facts and the

law.

Accordingly, the court adopts the Report and Recommendation in its entirety.  Plaintiff's

Motion to Reverse is DENIED and Defendant's Motion to Affirm is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
August 10, 2016